# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **AGMA SECURITY SERVICE, INC.,** | |
| Protestor, | |
| v. | |
| **UNITED STATES,** | No. 21-740C |
| Defendant, | Filed: February 8, 2021 |
| v. | |
| **RANGER AMERICAN OF PUERTO RICO,** | |
| Defendant-Intervenor. | |

* * * * * * * * * * * * * * * * *

### O R D E R

As discussed with the parties, the court reschedules oral argument for the cross-motions for judgment on the Administrative Record for **Friday, February 12, 2021, 2:30 p.m., EST**.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
         **Judge**